Elizabeth Tarasuik, Administrator of the Estate of Wassell Tarasuik, a/k/a Wassell Tarasuik, Deceased, Plaintiff-Appellee, v. John Russell and Victor Russell, Defendant-Appellant.

Victor Russell, Counterplaintiff-Appellant, v. Elizabeth Tarasuik, Administrator of the Estate of Wassell Tarasuik, a/k/a Wassell Tarasuik, Deceased, Counterdefendant-Appellee.

Gen. No. 64–F–25. 

Fifth District.

June 3, 1964.

Reed and Armstrong, of Edwardsville, for appellant, Russell; Paul C. Verticchio, of Gillespie, and Bernard & Davidson, by Burton C. Bernard of Edwardsville, for counterdefendant-appellee. Opinion by JUSTICE REYNOLDS. **Not to be published in full.**